STATE OF NEW JERSEY v. JOHN DIGILIO.

October 15, 1985.

Leave to appeal is granted; and it is further

ORDERED that the Appellate Division order of August 19,
1985, is summarily reversed, and the trial court's order of
August 8, 1985, is reinstated; and it is further

ORDERED that the motion to vacate the Appellate Division order is dismissed as moot.

Jurisdiction is not retained.